ACCEPTED
05-17-01139-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 1:49 PM
LISA MATZ
CLERK

## 05-17-01139-CV

**IN THE COURT OF APPEALS**
**FIFTH JUDICIAL DISTRICT OF TEXAS**
**AT DALLAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
06/04/2018 1:49:31 PM
LISA MATZ
Clerk

**ROYAL SERVICES GROUP, LP, GP ROYAL, LLC, STEPHEN F. PERKINS and S. PERKINS INVESTMENT PROPERTIES, INC.,**

**Appellants,**

**vs.**

**SCOTT FISHER and KRISTI FISHER,**

**Appellees.**

**MOTION FOR EXTENSION OF TIME TO FILE**
**BRIEF OF APPELLEES**

**TO THE HONORABLE FIFTH COURT OF APPEALS:**

**NOW COMES SCOTT FISHER** and **KRISTI FISHER** (Appellees), and file their Motion for Extension of Time to File Brief of Appellees and would respectfully show the Court the following:

**MOTION OF EXTENSION OF**
**TIME TO FILE BRIEF OF APPELLEES,**
**Page 1.**

# I.
## <u>GROUNDS FOR MOTION</u>

1. Scott Fisher and his wife, Kristi Fisher, are the Appellees in the above entitled and numbered cause.

2. The Brief of Appellees is presently due on Friday, June 8, 2018 (i.e. 30 days after the filing of the Brief of Appellants on Wednesday, May 9, 2018).

3. For the following reasons, Appellees request an extension of time of 45 days (or until Friday, July 20, 2018) to file their Brief of Appellees:

> a). Appellees' Counsel, Carl David Adams, Esquire (Adams), a solo practitioner, has been required to devote substantial time just before and/or after the filing of the Brief of Appellants in this Court, to the preparation and filing of a <u>Response</u>, in Adversary Proceeding #17-02002-rlj, in <u>Jerry Artho v. Happy State Bank, et al.</u>, in the U.S. Bankruptcy Court for the Northern District of Texas, Amarillo Division, filed May 7, 2018 (<u>Artho v. Happy State Bank</u>).

> b). Adams has been required to devote substantial time just before and/or after the filing of the Brief of Appellants in this Court, to the preparation for, traveling to and participating in a hearing lasting approximately 3 ½ hours on Thursday, May 10, 2018, in the U.S. Bankruptcy Court for the Northern District of Texas, Amarillo Division, conducted regarding various pending Motions of the parties in the above-described <u>Artho v. Happy State Bank</u> matter.

> c). Adams has been required to devote substantial time just before and/or after the filing of the Brief of Appellants in this

Court, to the preparation and filing of Plaintiff's Motion to Strike Defendant's Motion to Change Venue under Rule 257, in Kevin R. Bowden v. Textron, Inc., et al., in the 342nd District Court of Tarrant County, Texas, filed May 8, 2018 (Bowden v. Textron, Inc.).

d). Adams has been required to devote substantial time just before and/or after the filing of the Brief of Appellants in this Court, to the preparation and filing of Plaintiff's Motion to Strike Defendant's Motion to Reconsider Prior Venue Rulings, in the above-described Bowden v. Textron, Inc., matter, filed May 8, 2018.

e). Adams has been required to devote substantial time just before and/or after the filing of the Brief of Appellants in this Court, to the preparation and filing of Plaintiff's Response to "So-Called" Rule 257 Motion to Transfer Venue by Defendant Center Country Club, Inc., in the above-described Bowden v. Textron, Inc., matter, filed May 11, 2018.

f). Adams has been required to devote substantial time just before and/or after the filing of the Brief of Appellants in this Court, to the preparation and filing of an Application for Probate of Will and Issuance of Letters Testamentary, in the Estate of Roger F. Moore, Deceased (Adams' longtime friend and client of over 35 years, who died May 10, 2018, and whose Memorial Service in which Adams was a participant was May 30, 2018), Case #PB1-1165-2018, in the Probate Court of Collin County, Texas, on June 1, 2018.

g). Adams has been required to devote substantial time just before and/or after the filing of the Brief of Appellants in this Court, to the preparation for, traveling to and participation in a scheduled hearing on May 24, 2018, on Plaintiffs' Application for Post-Judgment Turn-over Relief sought by Scott and Kristi Fisher, in the 219th District Court of Collin County, Texas, in its Cause #219-01665-2014, in Fisher v. Stephen F. Perkins, et al.

h). Adams is presently scheduled to begin a Jury Trial on Tuesday, July 10, 2018, in the case of <u>Michael R. Herrington v. Lisa Herrington Morgan, Individually and as Independent Executrix of the Estate of Carol Ann Herrington, Deceased</u>, in Cause #PR-15-109A, in the County Court at Law of Rockwall County, Texas (and, unless the trial setting is continued, much of the week of July 2, 2018, which includes the Holiday of July 4, 2018, will be required to be spent in preparation for the jury trial in that scheduled matter).

4. Appellees request this Court extend, by 45 days (or until Friday, July 20, 2018) the deadline for the filing of their Brief as Appellees.

5. There have been no previous extensions requested or granted with regard to the Brief of Appellees.

6. Appellees seek this extension of time in the interest of justice and not to delay this matter or increase the burdens on this Court's important time.

Respectfully submitted,

**THE LAW OFFICES OF
CARL DAVID ADAMS**
6440 North Central Expressway
Suite 505
Dallas, Texas 75206
(214) 468-3032 phone
(214) 871-5090 fax

**/s/ *Carl David Adams***
_____

**Carl David Adams**
State Bar #00850600
carldavidadams@hotmail.com
**ATTORNEY FOR APPELLEES,
SCOTT and KRISTI FISHER**

**CERTIFICATE OF CONFERENCE**

Counsel for Appellees has conferred with Counsel for Appellants with respect to the foregoing Motion (including providing a copy of the Motion to Counsel for Appellants). Counsel for Appellants has stated in writing that Appellants do not oppose the relief requested in the Motion.

Certified to this 4th day of June 2018 by:

*/s/ Carl David Adams*

_____

**Carl David Adams**